# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HAMILTON, CLYDE H | US COURT OF APPEALS - 4TH CIR. | 03/26/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US CIRCUIT JUDGE-Senior Status | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| BANK OF AMERICA PLAZA <br> 1901 MAIN ST., SUITE 1250 <br> COLUMBIA, SC 29201-2435 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/26/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 03/22/07 | Refund on 2006 Income Tax Return: State of South Carolina | $ 1,206.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Pulliam-Morris Decorating Company, Inc. and Eclexion division (interior design with on-premises retail sales) Salary, Director's Fees and Commissions |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/26/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. National Bank of South Carolina | Line of Credit for Pulliam-Morris Decorating Company, Inc. | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PORTFOLIO I -- IRA | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. Wachovia Securities -- Self-directed: | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. WB FDIC INSURED MONEY MARKET FUND | A | Interest | K | T | | | | | |
| 6. | | | | | | | | | |
| 7. PEREGRINE PHARMACEUTICALS, INC. (common stock) | | None | J | T | | | | | |
| 8. | | | | | | | | | |
| 9. AGL RES, INC. (common stock) | A | Dividend | J | T | | | | | |
| 10. | | | | | | | | | |
| 11. AMERICAN INTERNATIONAL GROUP, INC. (common stock) | A | Dividend | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. AMERICAN NATIONAL INSURANCE CO. (common stock) | A | Dividend | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. REGIONS FINANCIAL CORP. | A | Dividend | J | T | | | | | |
| 16. (common stock) | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. H & R BLOCK, INC. (common stock) | A | Dividend | | | Sell | 10-25 | J | B | |
| 19. | | | | | | | | | |
| 20. CHEVRON CORPORATION (common stock) | A | Dividend | K | T | | | | | |
| 21. | | | | | | | | | |
| 22. CITIGROUP, INC. (common stock) | A | Dividend | J | T | | | | | |
| 23. | | | | | | | | | |
| 24. EQUITY OFFICE PROPERTIES REIT TRUST | | None | | | Sell | 01-25 | J | D | |
| 25. | | | | | | | | | |
| 26. EQUITY RESIDENTIAL (common stock) | A | Dividend | | | Sell | 10-25 | J | C | |
| 27. | | | | | | | | | |
| 28. GENERAL ELECTRIC COMPANY (common stock) | A | Dividend | K | T | | | | | |
| 29. | | | | | | | | | |
| 30. PROCTOR & GAMBLE CO. (common stock) | A | Dividend | K | T | | | | | |
| 31. | | | | | | | | | |
| 32. IBM CORP. (common stock) | A | Dividend | K | T | Buy | 10-25 | J | | |
| 33. | | | | | | | | | |
| 34. JOHNSON & JOHNSON (common stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. LIBERTY PROPERTY REIT TRUST | A | Dividend | J | T | | | | | |
| 37. | | | | | | | | | |
| 38. BANK OF AMERICA CORP. (common stock) | A | Dividend | J | T | | | | | |
| 39. | | | | | | | | | |
| 40. PAYCHEX, INC. (common stock) | A | Dividend | K | T | Buy | 10-25 | J | | |
| 41. | | | | | | | | | |
| 42. PEPSICO INCORPORATED (common stock) | A | Dividend | K | T | | | | | |
| 43. | | | | | | | | | |
| 44. ALTRIA GROUP, INC. (formerly known as Philip Morris | A | Dividend | J | T | Spin-off | 04-02 | J | | No gain. See below. |
| 45. Companies) (common stock) | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. KRAFT FOODS, INC. CL A (common stock) | A | Dividend | J | T | Spin-off | 04-02 | J | | See above. |
| 48. | | | | | | | | | |
| 49. SCANA CORP. (common stock) | A | Dividend | J | T | | | | | |
| 50. | | | | | | | | | |
| 51. UST, INC. (common stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. UNITED PARCEL SERVICE-B (common stock) | A | Dividend | J | T | | | | | |
| 54. | | | | | | | | | |
| 55. VORNADO REALTY REIT TRUST | A | Dividend | K | T | | | | | |
| 56. | | | | | | | | | |
| 57. FPL GROUP, INC. (common stock) | A | Dividend | J | T | | | | | |
| 58. | | | | | | | | | |
| 59. KEYSPAN CORP. (common stock) | A | Dividend | | | Sell | 08-24 | J | B | National Grid |
| 60. | | | | | | | | | |
| 61. LOWES COMPANIES, INC. (common stock) | A | Dividend | | | Sell | 10-25 | J | C | |
| 62. | | | | | | | | | |
| 63. FEDEX CORPORATION (common stock) | A | Dividend | K | T | | | | | |
| 64. | | | | | | | | | |
| 65. CARDINAL HEALTH, INC. (common stock) | A | Dividend | J | T | | | | | |
| 66. | | | | | | | | | |
| 67. INTERNATIONAL GAME TECHNOLOGY (common stock) | A | Dividend | K | T | | | | | |
| 68. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MCGRAW-HILL COMPANIES, INC. (common stock) | A | Dividend | K | T | | | | | |
| 70. | | | | | | | | | |
| 71. PFIZER INCORPORATED (common stock) | A | Dividend | J | T | | | | | |
| 72. | | | | | | | | | |
| 73. CONOCOPHILLIPS (common stock) | A | Dividend | K | T | | | | | |
| 74. | | | | | | | | | |
| 75. NORFOLK SOUTHERN CORP. (common stock) | A | Dividend | K | T | | | | | |
| 76. | | | | | | | | | |
| 77. WALGREEN COMPANY (common stock) | A | Dividend | K | T | | | | | |
| 78. | | | | | | | | | |
| 79. NUCOR CORP. (common stock) | B | Dividend | K | T | Partial sale | 10-25 | J | D | |
| 80. | | | | | | | | | |
| 81. AUTOMATIC DATA PROCESSING (common stock) | A | Dividend | K | T | Spin-off | 04-02 | J | | No gain. See below. |
| 82. | | | | | | | | | |
| 83. BROADRIDGE FINANCIAL SOLUTIONS (common stock) | A | Dividend | | | Spin-off | 04-02 | J | | See above. |
| 84. | | | | | Sell | 10-25 | J | A | |
| 85. HEWLETT-PACKARD COMPANY (common stock) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. STAPLES, INC. (common stock) | A | Dividend | K | T | | | | | |
| 88. | | | | | | | | | |
| 89. WASTE MGMT INC DEL (common stock) | A | Dividend | K | T | | | | | |
| 90. | | | | | | | | | |
| 91. (NEW BUYS 2007) | | | | | | | | | |
| 92. SCHLUMBERGER LTD. (common stock) | | None | K | T | Buy | 10-25 | K | | |
| 93. | | | | | | | | | |
| 94. END PORTFOLIO I -- | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. WACHOVIA CORPORATION NEW (common stock) | D | Dividend | M | T | | | | | |
| 97. | | | | | | | | | |
| 98. BANK OF AMERICA CORPORATION (personal checking account) | A | Interest | K | T | | | | | |
| 99. | | | | | | | | | |
| 100. SIMCOM INTERNATIONAL HOLDINGS, INC. - Series AA Convertible | | None | J | W | | | | | |
| 101. Preferred Stock | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. JOHN HANCOCK LIFE INSURANCE COMPANY (USA) (formerly | | | | | | | | | |
| 104. THE MANUFACTURERS LIFE INSURANCE COMPANY) | B | Interest | K | T | | | | | |
| 105. (UNIVERSAL LIFE INSURANCE POLICY) | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. PORTFOLIO II -- | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. ABBOTT LABORATORIES (common stock) | A | Dividend | J | T | | | | | |
| 110. | | | | | | | | | |
| 111. ZIMMER HOLDINGS, INC. (common stock) | | None | J | T | | | | | |
| 112. | | | | | | | | | |
| 113. DEUTSCHE BANK AG ADR (common stock) | A | Dividend | J | T | | | | | |
| 114. | | | | | | | | | |
| 115. EXXON MOBIL CORP. (common stock) | A | Dividend | J | T | | | | | |
| 116. | | | | | | | | | |
| 117. GENERAL ELECTRIC CO. (common stock) | A | Dividend | J | T | | | | | |
| 118. | | | | | | | | | |
| 119. 3-M CO. (common stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. ALTRIA GROUP, INC. (formerly known as Philip Morris | A | Dividend | J | T | Spin-off | 04-02 | J | | No gain. See below. |
| 122. Companies, Inc.) (common stock) | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. KRAFT FOODS, INC. CL A (common stock) | A | Dividend | J | T | Spin-off | 04-02 | J | | See above. |
| 125. | | | | | | | | | |
| 126. PFIZER, INC. (common stock) | A | Dividend | J | T | | | | | |
| 127. | | | | | | | | | |
| 128. BANK OF AMERICA CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 129. | | | | | | | | | |
| 130. NOVARTIS AG ADR (common stock) | A | Dividend | K | T | | | | | |
| 131. | | | | | | | | | |
| 132. WB FDIC INSURED MONEY MARKET FUND | A | Interest | K | T | | | | | |
| 133. | | | | | | | | | |
| 134. BP PLC SPONSORED ADR (common stock) | A | Dividend | J | T | | | | | |
| 135. | | | | | | | | | |
| 136. VERIZON COMMUNICATIONS (common stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | | | | | |
| 138. IDEARC INC. (common stock) | | None | | | Sell | 02-12 | J | A | |
| 139. | | | | | | | | | |
| 140. CHEVRON CORPORATION (common stock) | A | Dividend | K | T | | | | | |
| 141. | | | | | | | | | |
| 142. SCANA CORP. (common stock) | A | Dividend | J | T | | | | | |
| 143. | | | | | | | | | |
| 144. EL PASO ENERGY CAP TR I PFD CONV TR SEC | A | Interest | J | T | | | | | |
| 145. (Preferred Convertible Stock) | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. TYCO INTERNATIONAL LTD. (formerly Tyco | A | Dividend | J | T | 2 Spin offs | 06-29 | J | | No gain. See below. |
| 148. International Ltd. New) (common stock) | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. COVIDIEN LTD. (common stock) | A | Dividend | J | T | Spin-off-1 | 06-29 | J | | See above. |
| 151. | | | | | | | | | |
| 152. TYCO ELECTRONICS, LTD. (common stock) | A | Dividend | J | T | Spin-off-2 | 06-29 | J | | See above. |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. CLOROX COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 155. | | | | | | | | | |
| 156. FEDEX CORP. (common stock) | A | Dividend | K | T | | | | | |
| 157. | | | | | | | | | |
| 158. LA POLLA INDUSTRIES, INC. (common stock) | | None | J | T | | | | | |
| 159. | | | | | | | | | |
| 160. DEVON ENERGY CORP. CONV. SUB DEB CPN 4.950% DUE 8/15/08 | A | Distribution | J | T | | | | | |
| 161. | | | | | | | | | |
| 162. DuPONT E.I. deNEMOURS AND COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 163. | | | | | | | | | |
| 164. AFLAC, INC. (common stock) | A | Dividend | J | T | | | | | |
| 165. | | | | | | | | | |
| 166. CARDINAL HEALTH, INC. (common stock) | A | Dividend | J | T | | | | | |
| 167. | | | | | | | | | |
| 168. DENTSPLY INTERNATIONAL, INC. NEW (common stock) | A | Dividend | K | T | | | | | |
| 169. | | | | | | | | | |
| 170. DISNEY WALT COMPANY (common stock) | A | Dividend | J | T | Spin-off | 06-14 | J | | No gain. See below. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. CITADEL BROADCASTING CORP. (common stock) | | None | J | T | Spin-off | 06-14 | J | | See above. |
| 173. | | | | | | | | | |
| 174. HOME DEPOT, INC. (common stock) | A | Dividend | | | Sell | 10-25 | J | A | |
| 175. | | | | | | | | | |
| 176. PATTERSON COMPANIES, INC. (common stock) | | None | J | T | | | | | |
| 177. | | | | | | | | | |
| 178. PULTE HOMES, INC. (common stock) | A | Dividend | | | Sell | 03-30 | J | D | |
| 179. | | | | | | | | | |
| 180. SYSCO CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 181. | | | | | | | | | |
| 182. AUTOMATIC DATA PROCESSING (common stock) | A | Dividend | J | T | Spin-off | 04-02 | J | | No gain. See below. |
| 183. | | | | | | | | | |
| 184. BROADRIDGE FINANCIAL SOLUTIONS (common stock) | A | Dividend | | | Spin-off | 04-02 | J | | See above. |
| 185. | | | | | | Sell | 10-25 | J | A | |
| 186. | | | | | | | | | |
| 187. HEWLETT-PACKARD COMPANY (common stock) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189. TRANSOCEAN, INC. (common stock) | | None | | | Merger | 11-27 | K | D | Merger with GlobalSantaFe. |
| 190. | | | | | | | | | See below. |
| 191. TRANSOCEAN, INC. NEW (common stock) | | None | K | T | Merger | 11-27 | K | | See above. |
| 192. | | | | | | | | | |
| 193. MEDTRONIC, INC. (common stock) | A | Dividend | J | T | | | | | |
| 194. | | | | | | | | | |
| 195. STAPLES, INC. (common stock) | A | Dividend | J | T | | | | | |
| 196. | | | | | | | | | |
| 197. FIRST DATA CORP. (common stock) | A | Dividend | | | Sell | 09-25 | J | C | |
| 198. | | | | | | | | | |
| 199. WESTERN UNION CO. (common stock) | A | Dividend | J | T | | | | | |
| 200. | | | | | | | | | |
| 201. JPMORGAN CHASE & CO. (common stock) | A | Dividend | J | T | | | | | |
| 202. | | | | | | | | | |
| 203. METLIFE, INC. (common stock) | A | Dividend | J | T | | | | | |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  HALLIBURTON COMPANY (common stock) | A | Dividend | K | T | | | | | |
| 206. | | | | | | | | | |
| 207.  (NEW BUYS 2007) | | | | | | | | | |
| 208.  KELLY SERVICES, INC. CL A (common stock) | A | Dividend | | | Buy | 01-17 | J | | |
| 209. | | | | | Sell | 10-25 | J | | No gain. |
| 210. | | | | | | | | | |
| 211.  AMERICAN INTERNATIONAL GROUP, INC. (common stock) | A | Dividend | J | T | Buy | 03-30 | J | | |
| 212. | | | | | | | | | |
| 213.  SCHWAB CHARLES CORP. NEW (common stock) | A | Dividend | K | T | Buy | 10-25 | K | | |
| 214. | | | | | | | | | |
| 215.  END PORTFOLIO II -- | | | | | | | | | |
| 216. | | | | | | | | | |
| 217.  PORTFOLIO III | | | | | | | | | |
| 218. | | | | | | | | | |
| 219.  WB FDIC INSURED MONEY MARKET FUND | A | Interest | J | T | | | | | |
| 220. | | | | | | | | | |
| 221.  LA POLLA INDUSTRIES, INC. (common stock) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |
| 223. CITIGROUP, INC. (common stock) | A | Dividend | J | T | | | | | |
| 224. | | | | | | | | | |
| 225. DU PONT E.I. DE NEMOURS AND COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 226. | | | | | | | | | |
| 227. HOME DEPOT, INC. (common stock) | A | Dividend | J | T | | | | | |
| 228. | | | | | | | | | |
| 229. JPMORGAN CHASE & CO. (common stock) | A | Dividend | J | T | | | | | |
| 230. | | | | | | | | | |
| 231. WACHOVIA CORP. (common stock) | A | Dividend | J | T | Buy | 07-20 | J | | |
| 232. | | | | | | | | | |
| 233. END PORTFOLIO III -- | | | | | | | | | |
| 234. | | | | | | | | | |
| 235. PORTFOLIO IV | | | | | | | | | |
| 236. | | | | | | | | | |
| 237. RETIREMENT ACCOUNT (self-directed): | | | | | | | | | |
| 238. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. FIRST FINANCIAL HOLDINGS INCORPORATED (common stock) | A | Dividend | J | T | | | | | |
| 240. | | | | | | | | | |
| 241. HELMERICH & PAYNE, INC.. (common stock) | A | Dividend | K | T | | | | | |
| 242. | | | | | | | | | |
| 243. PFIZER, INC. (common stock) | A | Dividend | J | T | | | | | |
| 244. | | | | | | | | | |
| 245. CHEVRON CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 246. | | | | | | | | | |
| 247. WB FDIC INSURED MONEY MARKET FUND | A | Interest | K | T | | | | | |
| 248. | | | | | | | | | |
| 249. SUNTRUST BANKS, INC. (common stock) | A | Dividend | J | T | | | | | |
| 250. | | | | | | | | | |
| 251. MERRILL LYNCH AND CO., INC. SR UNSUB RO FA 6.000% | A | Interest | J | T | | | | | |
| 252. (corporate bond) | | | | | | | | | |
| 253. | | | | | | | | | |
| 254. BANKAMERICA CORP. SENIOR NOTES (corporate bond) | A | Interest | J | T | | | | | |
| 255. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | HAMILTON, CLYDE H | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. PIEDMONT NATURAL GAS (common stock) | A | Dividend | J | T | | | | | |
| 257. | | | | | | | | | |
| 258. AGL RESOURCES, INC. (common stock) | A | Dividend | J | T | | | | | |
| 259. | | | | | | | | | |
| 260. INTEL CORP. (common stock) | A | Dividend | J | T | | | | | |
| 261. | | | | | | | | | |
| 262. SCANA CORPORTION (common stock) | A | Dividend | J | T | | | | | |
| 263. | | | | | | | | | |
| 264. SOUTHERN COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 265. | | | | | | | | | |
| 266. TEXAS INSTRUMENTS, INC. (common stock) | A | Dividend | J | T | | | | | |
| 267. | | | | | | | | | |
| 268. DEVON ENERGY CORPORATION CONVERTIBLE DEBENTURES | A | Interest | J | T | | | | | |
| 269. 4.95%; August 15, 2008 | | | | | | | | | |
| 270. | | | | | | | | | |
| 271. DUKE ENERGY CORPORATION (common stock) | A | Dividend | J | T | Spin-off | 01-02 | J | | No gain. See below. |
| 272. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. SPECTRA ENERGY CORP. (common stock) | A | Dividend | J | T | Spin-off | 01/02 | J | | See above. |
| 274. | | | | | | | | | |
| 275. CONOCOPHILLIPS (common stock) | A | Dividend | K | T | | | | | |
| 276. | | | | | | | | | |
| 277. AMBAC FINANCIAL GROUP NY (common stock) | A | Dividend | | | Sell | 10-25 | J | | No gain. |
| 278. | | | | | | | | | |
| 279. REGIONS FINANCIAL CORP. (common stock) | B | Dividend | K | T | | | | | |
| 280. | | | | | | | | | |
| 281. DUQUESNE LIGHT CO. PFD STOCK, 6.70% Pines (corp. bond) | A | Interest | | | Redemption | 04-30 | J | | No gain. |
| 282. | | | | | | | | | |
| 283. JPMORGAN CHASE & CO. (common stock) | A | Dividend | J | T | | | | | |
| 284. | | | | | | | | | |
| 285. UST, INC. (common stock) | A | Dividend | K | T | | | | | |
| 286. | | | | | | | | | |
| 287. CARDINAL HEALTH, INC. (common stock) | A | Dividend | J | T | | | | | |
| 288. | | | | | | | | | |
| 289. CITIGROUP, INC. (common stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | | | | | |
| 291. JOHNSON AND JOHNSON (common stock) | A | Dividend | J | T | | | | | |
| 292. | | | | | | | | | |
| 293. SYSCO CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 294. | | | | | | | | | |
| 295. FEDEX CORPORATION (common stock) | A | Dividend | K | T | | | | | |
| 296. | | | | | | | | | |
| 297. FIRST DATA CORPORATION (common stock) | A | Dividend | | | Sell | 09-25 | J | C | |
| 298. | | | | | | | | | |
| 299. WESTERN UNION CO. (common stock) | A | Dividend | J | T | | | | | |
| 300. | | | | | | | | | |
| 301. AUTOMATIC DATA PROCESSING (common stock) | A | Dividend | J | T | Buy | 01-19 | J | | |
| 302. | | | | | | Spin-off | 04-02 | J | | No gain. See below. |
| 303. | | | | | | | | | |
| 304. BROADRIDGE FINANCIAL SOLUTIONS (common stock) | A | Dividend | | | Spin-off | 04-02 | J | | See above. |
| 305. | | | | | | Sell | 10-25 | J | A | |
| 306. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. WALGREEN COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 308. | | | | | | | | | |
| 309. NORFOLK SOUTHERN CORP. (common stock | A | Dividend | J | T | | | | | |
| 310. | | | | | | | | | |
| 311. UNITED HEALTH GROUP, INC. (common stock) | A | Dividend | J | T | | | | | |
| 312. | | | | | | | | | |
| 313. HOME DEPOT, INC. (common stock) | A | Dividend | | | Sell | 10-25 | J | | No gain. |
| 314. | | | | | | | | | |
| 315. BP PLC SPONS ADR (common stock) | A | Dividend | J | T | | | | | |
| 316. | | | | | | | | | |
| 317. LOCKHEED MARTIN CORP. (common stock) | A | Dividend | K | T | Buy | 10-25 | J | | |
| 318. | | | | | | | | | |
| 319. (NEW BUYS 2007) | | | | | | | | | |
| 320. CISCO SYSTEMS, INC. (common stock) | | None | J | T | Buy | 12-27 | J | | |
| 321. | | | | | | | | | |
| 322. PAYCHEX, INC. (common stock) | | None | J | T | Buy | 12-27 | J | | |
| 323. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. GENERAL ELECTRIC COMPANY (common stock) | | None | J | T | Buy | 10-25 | J | | |
| 325. | | | | | | | | | |
| 326. END PORTFOLIO IV | | | | | | | | | |
| 327. | | | | | | | | | |
| 328. PULLIAM-MORRIS DECORATING COMPANY, INC. (common stock) | | None | L | W | | | | | |
| 329. | | | | | | | | | |
| 330. CMC ASSOCIATES (General Partnership) (one-third interest) | D | Rent | L | W | | | | | |
| 331. Columbia, SC Warehouse | | | | | | | | | |
| 332. | | | | | | | | | |
| 333. BANK OF AMERICA, Columbia, SC (personal checking account) | | None | J | T | | | | | |
| 334. | | | | | | | | | |
| 335. PORTFOLIO V | | | | | | | | | |
| 336. | | | | | | | | | |
| 337. PEREGRINE PHARMACEUTICALS, INC. (common stock) | | None | J | T | | | | | |
| 338. | | | | | | | | | |
| 339. LA POLLA INDUSTRIES, INC. (common stock) | | None | J | T | | | | | |
| 340. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. WB FDIC INSURED MONEY MARKET FUND | A | Interest | K | T | | | | | |
| 342. | | | | | | | | | |
| 343. CITIGROUP, INC. (common stock) | A | Dividend | J | T | | | | | |
| 344. | | | | | | | | | |
| 345. HOME DEPOT, INC. (common stock) | A | Dividend | | | Sell | 10-25 | K | | No gain. |
| 346. | | | | | | | | | |
| 347. DOW JONES & CO., INC. (common stock) | | None | | | Sell | 01-17 | J | | No gain. |
| 348. | | | | | | | | | |
| 349. HEWLETT PACKARD CO. (common stock) | A | Dividend | K | T | | | | | |
| 350. | | | | | | | | | |
| 351. PFIZER, INC. (common stock) | A | Dividend | J | T | | | | | |
| 352. | | | | | | | | | |
| 353. BANK OF AMERICA CORP. (common stock) | A | Dividend | J | T | | | | | |
| 354. | | | | | | | | | |
| 355. INTEL CORP. (common stock) | A | Dividend | J | T | | | | | |
| 356. | | | | | | | | | |
| 357. SCANA CORPORATION (common stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | | | | | |
| 359. SOUTHERN COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 360. | | | | | | | | | |
| 361. TEXAS INSTRUMENTS, INC. (common stock) | A | Dividend | J | T | | | | | |
| 362. | | | | | | | | | |
| 363. WACHOVIA CORPORATION NEW (common stock) | A | Dividend | J | T | | | | | |
| 364. | | | | | | | | | |
| 365. AMERICAN INTERNATIONAL GROUP (common stock) | A | Dividend | J | T | | | | | |
| 366. | | | | | | | | | |
| 367. GENERAL ELECTRIC COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 368. | | | | | | | | | |
| 369. 3M COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 370. | | | | | | | | | |
| 371. DUKE ENERGY CORPORATION (common stock) | A | Dividend | J | T | Spin-off | 01-02 | J | | No gain. See below. |
| 372. | | | | | | | | | |
| 373. SPECTRA ENERGY CORP. (common stock) | A | Dividend | J | T | Spin-off | 01-02 | J | | See above. |
| 374. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. FIRST DATA CORPORATION (common stock) | A | Dividend | | | Sell | 09-25 | J | C | |
| 376. | | | | | | | | | |
| 377. WESTERN UNION CO. (common stock) | A | Dividend | J | T | | | | | |
| 378. | | | | | | | | | |
| 379. FREDDIE MAC (common stock) | A | Dividend | J | T | | | | | |
| 380. | | | | | | | | | |
| 381. H&R BLOCK, INC. (common stock) | A | Dividend | | | Sell | 10-25 | J | | No gain. |
| 382. | | | | | | | | | |
| 383. NOVARTIS AG ADR (common stock) | A | Dividend | J | T | | | | | |
| 384. | | | | | | | | | |
| 385. PATTERSON COMPANIES, INC. (common stock) | | None | J | T | | | | | |
| 386. | | | | | | | | | |
| 387. SC TRANSN INFRASTUCTR BK RV A MBIA 5.0% Oct. I, 2012 | A | Interest | J | T | | | | | |
| 388. | | | | | | | | | |
| 389. DUQUESNE LIGHT CO. PFD STK 6.70% Pines | A | Interest | | | Redemption | 04-30 | J | | No gain. |
| 390. | | | | | | | | | |
| 391. DENTSPLY INTERNATIONAL, INC. (common stock) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | | | | | |
| 393. IBM (common stock) | A | Dividend | J | T | | | | | |
| 394. | | | | | | | | | |
| 395. PEPSICO, INC. (common stock) | A | Dividend | K | T | | | | | |
| 396. | | | | | | | | | |
| 397. UNITED PARCEL SERVICE-B (common stock) | A | Dividend | J | T | | | | | |
| 398. | | | | | | | | | |
| 399. MEDTRONIC, INC. (common stock | A | Dividend | J | T | | | | | |
| 400. | | | | | | | | | |
| 401. ARCH COAL, INC. (common stock) | A | Dividend | K | T | | | | | |
| 402. | | | | | | | | | |
| 403. UNITED HEALTH GROUP, INC. (common stock) | A | Dividend | J | T | | | | | |
| 404. | | | | | | | | | |
| 405. FIRST FINANCIAL HLDG., INC. (common stock) | A | Dividend | J | T | | | | | |
| 406. | | | | | | | | | |
| 407. SCHLUMBERGER LTD. (common stock) | A | Dividend | K | T | | | | | |
| 408. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. (NEW BUYS/SELL 2007) | | | | | | | | | |
| 410. ORACLE CORPORATION (common stock) | | None | K | T | Buy | 10-25 | K | | |
| 411. | | | | | | | | | |
| 412. MORGAN STANLEY & CO. (common stock) | A | Dividend | J | T | Buy | 01-17 | J | | |
| 413. | | | | | Spin-off | 06-30 | J | | No gain. See below. |
| 414. | | | | | | | | | |
| 415. DISCOVER FINANCIAL (common stock) | A | Dividend | | | Spin-off | 06-30 | J | | See above. |
| 416. | | | | | Sell | 10-25 | J | | No gain. |
| 417. | | | | | | | | | |
| 418. END PORTFOLIO V | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/26/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/26/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544